UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCKET MORTGAGE, LLC,

        Plaintiff,

v.

J. PATTERSON MORTGAGE LENDING, LLC, and JAMES C. PATTERSON, SR.,

        Defendants.
_____/

Case No. 2:23-cv-10574

HONORABLE STEPHEN J. MURPHY, III

## CASE MANAGEMENT ORDER

The Court held a status conference on April 26, 2023. ECF 6. The Court noted that Defendant J. Patterson Mortgage Lending, LLC was not represented by counsel. The Court will therefore order Defendant J. Patterson Mortgage Lending, LLC to obtain counsel no later than May 26, 2023. Once obtained, counsel must promptly file an appearance and answer the complaint.

**WHEREFORE**, it is hereby **ORDERED** that Defendant James Patterson must **OBTAIN** counsel for Defendant J. Patterson Mortgage Lending, LLC **no later than May 26, 2023**.

1

**IT IS FURTHER ORDERED** that counsel for Defendant J. Patterson Mortgage Lending, LLC, once obtained, must promptly **FILE** an appearance and an answer to the complaint [1].

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: April 27, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 27, 2023, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager