UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCKET MORTGAGE, LLC,

                Plaintiff,

v.

J. PATTERSON MORTGAGE
LENDING, LLC, and JAMES C.
PATTERSON, SR.,

                Defendants.
_____/

Case No. 2:23-cv-10574

HONORABLE STEPHEN J. MURPHY, III

## AMENDED JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated October 16, 2023, Plaintiff's motion for default judgment [18] is **GRANTED** against Defendant Broker in the amount of **$1,058,688.28** and **GRANTED** against Defendant Patterson in the amount of **$228,202.02**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's order dated February 22, 2024, Plaintiff's motion for attorney's fees [26] is **GRANTED** in the amount of **$13,443** and Plaintiff's motion for additional costs [27] is **GRANTED** in the amount of **$198**.

KINIKIA ESSIX
CLERK OF THE COURT

BY: s/ R. Loury

Dated: February 22, 2024

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

1